# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1356

_____

United States of America,

*Plaintiff - Appellee,*

v.

Frederick Cooper,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 5, 2012
Filed: September 14, 2012
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Frederick Cooper appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence under Amendment 750 to the United

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

States Sentencing Guidelines. We conclude the district court did not abuse its discretion in declining to reduce the sentence after properly considering the danger that a reduction in Cooper's prison term might pose to the community. See United States v. Burrell, 622 F.3d 961, 963-64 (8th Cir. 2010); see also U.S.S.G. § 1B1.10, comment. (n.1(B)(ii)). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____